**No. 10-6247. Harry Guzman, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 487, 178 L. Ed. 2d 308, 2010 U.S. LEXIS 8049.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 603 F.3d 99.

**No. 10-6248. Deshawn Gopie, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 487, 178 L. Ed. 2d 308, 2010 U.S. LEXIS 7986.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 347 Fed. Appx. 495.

**No. 10-6249. Brian Darnell Henderson, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 487, 178 L. Ed. 2d 308, 2010 U.S. LEXIS 8038.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 295.

**No. 10-6250. Salwillel Thomas Fields, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 487, 178 L. Ed. 2d 308, 2010 U.S. LEXIS 8009.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 400.

**No. 10-6252. Jessie Gayle Harris, Sr., Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 487, 178 L. Ed. 2d 308, 2010 U.S. LEXIS 8083.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6256. Dennis Earl Ledbetter, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 487, 178 L. Ed. 2d 308, 2010 U.S. LEXIS 8022.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 381 Fed. Appx. 292.

**No. 10-6257. Richard Christman, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 488, 178 L. Ed. 2d 308, 2010 U.S. LEXIS 8074.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 607 F.3d 1110.

**No. 10-6260. Cyril Egu, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 488, 178 L. Ed. 2d 308, 2010 U.S. LEXIS 7990.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 379 Fed. Appx. 605.